CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 09-10505

DIVISION D

JULES DEUTSCH and CYNTHIA DEUTSCH

VERSUS

SECTION 16

STATE FARM INSURANCE COMPANY

FILED: _____   _____
                              DEPUTY CLERK

## PETITION FOR DAMAGES

NOW COMES Plaintiffs, Jules Deutsch and Cynthia Deutsch, through undersigned counsel, both persons of the full age of majority and a residents of the Parish of Orleans, State of Louisiana, who with respect, files this Petition for Damages to assert and aver as follows:

1.

Plaintiff, Jules Deutsch, was injured in an automobile accident occurring in the City of New Orleans on October 9, 2008.

2.

The accident was due to the sole fault and negligence of the adverse driver, Jamell Brown. The auto was owned by Jamell Brown's wife, Denise Brown, and was insured by GEICO.

3.

GEICO has admitted liability of its insured and paid Jules Deutsch and Cynthia Deutsch its policy limits of $25,000. The damages sustained by Jules Deutsch and Cynthia Deutsch exceed the limits of insurance of the GEICO policy.



EXHIBIT
A
tabbies

4.

Jules Deutsch suffered fractured cervical vertebrae and compressed cervical disc that prevents him from performing surgery and causes significant pain on a daily basis. The damages to him and the community between him and his wife consist of pain and suffering, future medical expense, past loss of earnings, loss of future earning capacity. The combined sum exceeds $800,000.

5.

At all times pertinent hereto, Jules Deutsch and Cynthia Deutsch maintained an auto policy of insurance with State Farm Insurance Company, which policy provides for Uninsured and Underinsured Motorists coverage. State Farm also had in full force and effect an Umbrella Policy covering Jules Deutsch and Cynthia Deutsch for the types of losses arising from this accident.

WHEREFORE, Plaintiffs, Jules Deutsch and Cynthia Deutsch, pray that Petition be filed and that defendant, State Farm Insurance Company be served with a citation to appear and answer this petition and after due proceedings are had, there be Judgment in favor of Plaintiffs, Jules Deutsch, and Cynthia Deutsch and against Defendant, State Farm Insurance Company, for compensatory damages and all other relief allowed by law as may be reasonable in the premises, in accordance with the law, and the evidence, together with legal interest from the date of judicial demand until paid, and all costs of these proceedings.

Respectfully Submitted,

David Vosbein, #13126
503 Fairpoint Drive
Gulf Breeze, FL 32561
Phone and Fax 850 934 5353
dvosbein@gmail.com

**PLEASE SERVE:**

**State Farm Insurance Company**
**Through Secretary of State**
**Baton Rouge, LA**

A TRUE COPY
DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LOUISIANA

TO:      COMMISSIONER OF INSURANCE
         P.O. BOX 94214
         BATON ROUGE, LA 70804

FROM:    CLERK OF COURT, PARISH OF ORLEANS

RE:      R.S. 9.2800.7                                        REPORTING FORM - PERSONAL INJURY

Section A shall be obtained by the Clerk of Court at the time suit is filed and submitted
to the Commissioner of Insurance within 30 days of filing.
Section A shall be completed at the time Judgment becomes definitive.

A.    INITIAL INFORMATION
      1.    Caption of Suit:        DEUTSCH, JULES    ET AL

                                                 vs

                                    STATE FARM INSURANCE COMPANY

      a)    Parish:     ORLEANS              b)    Docket No.:      2009-10505
      c)    Judicial District:    CDC        d)    Filing Date:     10/05/2009
      e)    Type Suit
            11  X  Auto - Bodily Injury          7.  ___ Professional Liability
            2.  ___ Uninsured Motorist           a.  ___ Medical
            3.  ___ Government Liability          b.  ___ Legal
            4.  ___ General Liability             c.  ___ Architectural
            5.  ___ Products Liability            d.  ___ Accounting
            6.  ___ Redhibition                   e.  ___ Engineering
                                                 8.  ___ Other

      2.    Nature of Injuries (If Ascertainable from Petition):

B.    Section B shall be obtained by the Clerk of Court and submitted to the Commissioner of
      Insurance within 30 days of definitive judgment.  (Section A (1)a - c must also be completed
      in order to accurately report.)

      JUDGMENT INFORMATION
      1.    Judgment by Merit Trial:
            a)    ___ Judge              ___ Jury
            b)    ___ For the Plaintiff              ___ For the Defendant
            c)    ___ Judgment awarded, exclusive of interest and costs:
                  1.  ___  - 0 -
                  2.  ___  - 0 - but less than $10,000
                  3.  ___  $10,000 but less than $25,000
                  4.  ___  $25,000 but less than $50,000
                  5.  ___  $50,000 but less than $100,000
                  6.  ___  $100,000 but less than $250,000
                  7.  ___  $250,000 but less than $500,000
                  8.  ___  $500,000 but less than $750,000
                  9.  ___  $750,000 but less than $1,000,000
                  10. ___  $1,000,000 but less than $2,000,000
                  11. ___  $2,000,000 or more

      2.    Appeal Status
            a)    ___ Appeal Entered         b)    ___ No Appeal Entered

      Section C shall be completed by the Clerk of Court and submitted to the Commissioner of
      Insurance within 30 days of dismissal.

C.    DISMISSAL INFORMATION
      1.    Date of Dismissal: _____
      2.    ___ With Prejudice            ___ Without Prejudice

D.    A processing fee of $10.00 shall be taxed as costs of court in each suit on which the
      information required by this section is submitted by the Clerk of Court.  Upon rendering of
      judgment under Section B of this form or dismissal under Section C of this form, $5.00 shall be
      paid to the Commissioner of Insurance by the Clerk of Court and $5.00 shall be retained by the
      Clerk from the court costs paid in Section D.

      CLERK OR DEPUTY CLERK    _____

                                                 Commissioner's Copy


A TRUE COPY
DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LOUISIANA

# 21.30

ATTORNEY'S NAME: Vosbein, David '13726
AND ADDRESS: 503 Fairpoint Dr,
Gulf Breeze    FL 32561

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO:    2009 — 10505    1    SECTION:    16 —D

DEUTSCH, JULES    ET AL VERSUS STATE FARM INSURANCE COMPANY

**C I T A T I O N**

TO:  STATE FARM INSURANCE COMPANY
THROUGH: SECRETARY OF STATE

BATON ROUGE    LA

YOU HAVE BEEN SUED:

YOU must either comply with the demand contained in the petition
FOR DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of
this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the
service hereof under penalty of default

∴∴∴∴∴∴∴∴∴∴∴∴∴∴∴∴∴∴∴∴∴∴∴∴∴∴∴∴∴∴∴∴∴

**ADDITIONAL INFORMATION**

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer
Referral Service at 561- 8828. This Referral Service operates in conjunction with the New Orleans Bar Association.
If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp.; you
may call 529 - 1000 for more information.

COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE

∴∴∴∴∴∴∴∴∴∴∴∴∴∴∴∴∴∴∴∴∴∴∴∴∴∴∴∴∴∴∴∴∴

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for
the Parish of Orleans, State of LA    October 8, 2009

Clerk's Office, Room 402, Civil Courts Building,
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Deputy Clerk

---

**SHERIFF'S RETURN**
(for use of process servers only)

PERSONAL SERVICE

On this _____ day of
FOR DAMAGES

served a copy of the w/i petition

On _____
STATE FARM INSURANCE COMPANY

Returned same day    No.

---

DOMICILIARY SERVICE

On this _____ day of
FOR DAMAGES

served a copy of the w/i petition

On _____
STATE FARM INSURANCE COMPANY

∴∴: SECRETARY OF STATE

by leaving same at the dwelling house, or usual place of
abode, in the hands of

a person of suitable age and discretion residing therein as
and other facts connected with this service I learned by
interrogating   HIM / HER the said
STATE FARM INSURANCE COMPANY

being absent from the domicile at time of said service.
Returned same day    No.

---

JULIE NESBITT
THROUGH SECRETARY OF STATE Parish of East Baton Rouge
Deputy Sheriff of

On this _____ day of
STATE FARM INSURANCE COMPANY

by tendering copy of this document to
Office of Secretary of State
served service on the named party through its
Deputy Sheriff of

OCT 20 2009

Returned same day    No.

Mileage: $
Deputy Sheriff of

SERIAL NO.
PAPER $    DWJ / ENTERED /    / RETURN
SERIAL NO. ___    01    01    DEPUTY    PARISH

E.B.R. SHERIFF'S OFFICE
OCT 19 2009
RECEIVED

A TRUE COPY
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LOUISIANA
Deputy Sheriff of

RECEIVED
2009 OCT 12 P 1:29
CIVIL SHERIFF'S OFFICE

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

DOCKET NO: 09-10505                                    DIVISION: "D"

JULES DEUTSCH AND CYNTHIA DEUTSCH

VERSUS

STATE FARM INSURANCE COMPANY

FILED: _____          _____
                                              DEPUTY CLERK

## ANSWER AND DEMAND FOR TRIAL BY JURY

NOW INTO COURT, through undersigned counsel, comes State Farm Mutual Automobile Insurance Company (hereinafter referred to as "State Farm"), and for answer to the petition, does respectfully aver:

I.

That each and ever averment of Paragraphs 1-5 are denied, and this defendant calls for strict proof of each such allegation, except to admit status and domicile of State Farm, and to admit that State Farm had issued a policy of automobile insurance, wherein the named insured appeared as Jules Deutsch and, said policy being a written contract, it is the best evidence of its terms, conditions, exclusions and limitations and your defendant denies any and everything at variance therewith.

NOW FURTHER ANSWERING, your defendant does respectfully aver:

II.

That the automobile accident complained of in plaintiff's Petition was caused solely by the negligence of the plaintiff and/or by his comparative negligence in the following non-exclusive list of particulars:

a)   Failing to keep a proper lookout;

b)   Driving in a careless and reckless manner and/or at an excessive and dangerous rate of speed.

DALE M. ATKINS
REQUEST FOR TRIAL BY JURY
402 CIVIL COURTS BUILDING
421 LOYOLA AVENUE, ROOM 402
504-592-9100
DATE: 11/4/2009 at 12:07
ANSWER
AMOUNT REQUEST FOR TRIAL BY JURY  $   200.00 $      0.00
PRICE                                             PAID       BAL
TOTAL PAID CASE  $ 2009105551    600.00 $     600.00 $      0.00
AMOUNT RECEIVED $809.00

c)   Failing to turn the wheel of his vehicle on a timely basis and/or to brake timely.

d)   Failing to see what he should have seen, and/or failing to heed what he did see.

e)   Such other acts of omission or commission as constitute negligence and which may be proven at the trial of this matter.

All of the above acts of negligence are in violation of the laws and ordinances of the State of Louisiana and the Parish of Orleans, all of which are pled herein as if copied in extenso.

III.

The accident was caused by the fault of third persons for whom this defendant is not liable for.

IV.

In the alternative, any damages awarded to the plaintiff should be proportionately reduced by the percentage of fault of all released or prospectively released solidary or joint obligors.

V.

In the alternative, State Farm is entitled to a credit for any payments which have been made or may in the future be made by it or any other insurance company; additionally, the plaintiff has no cause or right of action for any amounts which have been received, or will be received in the future from State Farm or any other insurance company.

VI.

The accident was caused due to a sudden emergency situation.

VII.

State Farm is entitled to a credit for the full amount of all underlying liability insurance regardless of whether such insurance benefits have been claimed or have been collected by the plaintiff.

VIII.

Plaintiff has no cause of action against defendant to the extent that he has failed to mitigate his damages.

IX.

In the alternative, defendant avers that plaintiff has not acted in compliance with statutory and jurisprudential law by failing to timely produce full and complete "satisfactory proof of loss."

X.

Defendant prays for and is entitled to, as a matter of law, trial by jury.

**WHEREFORE**, defendant, State Farm Mutual Automobile Insurance Company, prays that this Answer be deemed good and sufficient, and that after due proceedings be had, that plaintiff's suit be dismissed at plaintiff's cost, and for all general and equitable relief.

Respectfully submitted:

DAVID V. BATT, #2849
SHAUN M. SMITH, #30170
LOBMAN, CARNAHAN, BATT,
ANGELLE & NADER
THE TEXACO CENTER, SUITE 2300
400 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130
(504) 586-9292  FAX (504) 586-1290

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this ___ day of _____ 2009, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing same by United States mail, properly addressed, and first class postage prepaid.

A TRUE COPY
DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LOUISIANA

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

**DOCKET NO: 09-10505**

**JULES DEUTSCH AND CYNTHIA DEUTSCH**

**VERSUS**

**STATE FARM INSURANCE COMPANY**

DIVISION: "D"

FILED: _____    DEPUTY CLERK

**REQUEST FOR NOTICE OF TRIAL AND**
**OF SIGNING OF JUDGMENT AND ORDER**

TO:    CLERK OF COURT
       CIVIL DISTRICT COURT
       PARISH OF ORLEANS

Pursuant to Article 1572 of the Louisiana Code of Civil Procedure, we hereby request written notice of the date set for trial of the above numbered and entitled cause, or of the date set for trial of any pleadings or motions therein, at least ten (10) days before any trial date.

We also request notice of the signing of any final judgment or of the rendition of any interlocutory order or judgment in said cause as provided by Articles 1913 and 1914 of the Louisiana Code of Civil Procedure.

Respectfully submitted:

_____
DAVID V. BATT, #2849
SHAUN M. SMITH, #30170
LOBMAN, CARNAHAN, BATT,
ANGELLE & NADER
THE TEXACO CENTER, SUITE 2300
400 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130
(504) 586-9292  FAX (504) 586-1290

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this _____ day of _____, 2009 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing same by United States mail, properly addressed, and first class postage prepaid

_____
SHAUN M. SMITH

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 09-10505                                                                    DIVISION "D"

Jules Deutsch & Cynthia Deutsch

vs.

State Farm Insurance Company

Filed: _____

_____
Deputy Clerk

**JURY TRIAL ORDER**

Demand for trial by Jury having been made, herein, the Court hereby fixed bond required of the party desiring trial by jury in the amount of $325.00, which shall be posted not less than sixty (60) days prior to the trial of this matter pursuant to **La. C.C.P. art. 1734.**

The trial of this matter is set for:

_____

In addition to the bond set herein, the party desiring trial by jury must deposit with the Clerk of Court the sum of three hundred dollars ($300.00) for each day of the trial and an additional twenty five dollars ($25.00) for each day of any alternate juror, said deposit to be made thirty (30) days **prior to trial pursuant to La. C.C.P. art. 1734.1.**

**IT IS FURTHER ORDERED** that any Jury Order previously issued in this proceeding which may conflict with requirements herein be and the same is hereby recalled and set aside.

New Orleans, Louisiana, this _____ day of _____, 2009.

ENTERED ON MINUTES

NOV 1 2 2009

_____
JUDGE LLOYD J. MEDLEY